

RECEIVED AND FILED
2015 DEC 14 AM 10 24
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>Hyloft, Inc.<br>                Debtor(s) | Case No. BK-S-10-13300 MKN<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>NOTICE OF UNCLAIMED FUNDS |

TO:     Clerk, United States Bankruptcy Court

FROM:   William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 18 | Wells Fargo Bank<br>Mac S 4101-08C 100 W Washington St<br>Phoenix AZ 85003 | | $ 1,208.37 |
| 16 | Cable Investments-Diablo Nevada Limited<br>c/o Sylvester & Polednak<br>7371 Prairie Falcon Rd Ste 120<br>Las Vegas NV 89128 | | $14,952.26 |
| 20 | IRS<br>Po Box 21126<br>Philadelphia PA 19114 | | $ 30,694.89 |
| | Sub-Totals | $ 0.00 | $ 46,855.52 |
| | Total check | | $ 46,855.52 |

Date:  December 3, 2015

_____
Trustee William A. Leonard, Jr.

224780 - $46,855.52